(A. R. D. 95)

ARBOR MFG. CORP. ET AL. *v.* UNITED STATES

Entry No. 807831, etc.

Second Division, Appellate Term

(Decided December 22, 1958)

*Jordan & Klingaman* (*Jacob L. Klingaman* of counsel) for the appellants.
*George Cochran Doub*, Assistant Attorney General (*Samuel D. Spector*, trial attorney), for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: This application for review of Reap. Dec. 9203 (41 Cust. Ct. 506), which covered the appeals for a reappraisement enumerated in the schedule, attached to and made part of this decision, having been formally abandoned, is dismissed.